Date of Arrest: 09/16

# United States District Court
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
V.

Jose NAJERA-Santiago
Citizen of Mexico
YOB:1983
208589583
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 17-1721MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about September 4, 2017, Defendant Jose NAJERA-Santiago, an alien, was removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about September 16, 2017, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about September 16, 2017, near San Luis, Arizona in the District of Arizona, Defendant Jose NAJERA-Santiago, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.  [X] Yes  [ ] No

Reviewed by AUSA John Bellas
for          USBP

Signature of Complainant
Christopher Wright
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

_____September 18, 2017_____  at  _Yuma, Arizona_
Date                                     City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:              Jose NAJERA-Santiago

Dependants:             3 MEXICO

**IMMIGRATION HISTORY:**  The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on six (6) previous occasion(s). The Defendant has been removed a total of five (5) times. The Defendant was last removed through San Ysidro, California on September 4, 2017.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/04/2017 | San Ysidro, California | | Removed from the US ( BP ) ( REIN ) |

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first removed at or near Calexico, California on or about May 8, 2016.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on September 16, 2017.

Charges:    8 USC 1326(a)      (Felony)
            8 USC 1325(a)(1)   (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 18, 2017                          _____
Date                                         Signature of Judicial Officer

## Probable Cause Statement

I, BORDER PATROL AGENT Christopher Wright, declare under penalty of perjury, the following is true and correct:

**Defendant:** Jose NAJERA-Santiago

**Dependents:** 3 MEXICO

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on six (6) previous occasions. The Defendant has been removed a total of five (5) times.

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
| --- | --- | --- | --- |
|  |  |  |  |

**Narrative:** The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first removed at or near Calexico, California on or about May 8, 2016.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on September 16, 2017.

**Executed on:** September 17, 2017        **Time:** 06:02 AM MST

**Signed:** Christopher Wright, BORDER PATROL AGENT